IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

ROBERT RICHARD POSEY,            )
                                 )
    Plaintiff,                   )
                                 )       CIVIL ACTION NO.
    v.                           )         3:09cv535-MHT
                                 )            (WO)
JERRY TED LASSETTER and          )
PROGRESSIVE EXPRESS              )
INSURANCE COMPANY,               )
                                 )
    Defendants.                  )


STEPHANIE A. SCOTT-POSEY,        )
                                 )
    Plaintiff,                   )
                                 )       CIVIL ACTION NO.
    v.                           )         3:09cv536-MHT
                                 )            (WO)
JERRY TED LASSETTER and,         )
PROGRESSIVE EXPRESS              )
INSURANCE COMPANY,               )
                                 )
    Defendants.                  )

JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 40), it is the ORDER, JUDGMENT, and DECREE of the court that these consolidated cases are dismissed with

prejudice, with the parties to bear their own costs and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 9th day of July, 2010.

                            /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE